# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CONAGRA FOODS, INC.,** | ) | CASE NO. 8:07CV411 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER OF** |
| v. | ) | **DISMISSAL** |
| | ) | |
| **TECH II, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice. The Court finds that the stipulation satisfies the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii), and it should be approved. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation of Dismissal with Prejudice (Filing No. 13) is approved, and the relief requested therein is granted;

2. The Complaint and all claims in this matter are dismissed with prejudice; and

3. The parties will pay their own costs and attorney fees.

IT IS ORDERED:

DATED this 7th day of April, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge